UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARELL JACKSON,

        Plaintiff,

    v.

APPLE, INC., et al.,

        Defendants.

Case No. 20-cv-03232-JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER TO PLAINTIFF TO SHOW CAUSE RE SERVICE**

Re: Dkt. No. 25

The Court has received and considered the parties' joint case management conference statement. Plaintiff notes that two Defendants were recently served. Those Defendants are not signatories to the joint case management conference statement. In addition, one Defendant has not yet been served and the deadline for service under Federal Rule of Civil Procedure 4(m) expires today, August 10, 2020.

Accordingly, the Court CONTINUES the case management conference set for August 14, 2020 to September 25, 2020 at 11:00 a.m. The parties shall submit an updated case management conference statement by September 18, 2020, and my incorporate by reference the existing case management conference statement to the extent no changes are required.

Plaintiff is HEREBY ORDERED TO SHOW CAUSE by August 17, 2020, why the Court should extend the time to serve Daryl Anderson rather than dismiss the case against him without prejudice. *See* Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

Dated: August 10, 2020

_____
JEFFREY S. WHITE
United States District Judge