NICHOLAS A. CARLIN, State Bar No. 112532
nac@phillaw.com
KYLE P. O'MALLEY, State Bar No. 330184
kpo@phillaw.com
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 - The Presidio
San Francisco, CA 94129
Telephone:   415-398-0900
Fax:              415-398-0911

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL JACKSON, dba JED PRODUCTIONS<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC., a California corporation; NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company; STORYTELLER DISTRIBUTION CO., LLC, a Delaware limited liability company, dba AMBLIN PARTNERS, a California corporation; DARYL ANDERSON and AMBER ANDERSON, individually and doing business as NAKAMICHE MUZIC PUBLISHING.<br><br>Defendants. | Case No.: 3:20-cv-3232-JSW<br><br>**STIPULATION OF DISMISSAL (FRCP 41(a)); [PROPOSED] ORDER**<br><br>Complaint Filed: May 12, 2020<br>Trial Date:           Not Yet Set |

Plaintiff Darrell Jackson, d/b/a JED Productions and Defendants Apple Inc.; NBCUniversal Media, LLC; Storyteller Distribution Co., LLC d/b/a Amblin Partners; and Daryl Anderson and Amber Anderson, both individually and doing business as Nakamiche Muzic Publishing, hereby jointly stipulate under FRCP 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

| | |
|---|---|
| Dated: June 29, 2021 | PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP |
| | By: /s/ Nicholas A. Carlin <br> Nicholas A. Carlin <br> Attorney for Plaintiff Darrel Jackson d/b/a JED Productions |
| Dated: June 29, 2021 | McPHERSON LLP |
| | By: /s/ Edwin F. McPherson <br> Edwin F. McPherson <br> Attorney for Daryl Anderson & Amber Anderson, individually and d/b/a Nakamiche Muzic Publishing |
| Dated: June 29, 2021 | LOEB & LOEB, LLP |
| | By: /s/ David A. Grossman <br> David A. Grossman <br> Attorney for Apple Inc., NBCUniversal Media, LLC, and Storyteller Distribution Co., LLC |

## **ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), counsel for Plaintiff certifies that counsel for all parties have consented to and authorized the filing of this document with counsel's electronic signatures.

Dated: June 28, 2021        By: /s/ Nicholas A. Carlin
                                 Nicholas A. Carlin

# ~~[PROPOSED]~~ ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under FRCP 41(a)(1)(A)(ii), IT IS ORDERED that this action be and hereby is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: June 29, 2021

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE